**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCDERMOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>RYI UNITY LLC,<br><br>        Defendant. | Case No. 8:23-cv-00927-MCS-JDE<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, it is ordered, adjudged, and decreed that judgment is entered in favor of Plaintiff Matthew McDermott.

Plaintiff Matthew McDermott. shall recover from Defendant RYI Unity LLC. $5,000 in statutory damages, $700 in attorney's fees, and costs of $553.

**IT IS SO ORDERED.**

Dated: December 19, 2023

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2